1  Christopher S. Randolph, Jr., appearance *pro hac vice*
   HARE, WYNN, NEWELL & NEWTON, LLP
2  2025 Third Avenue North, 8th Floor
   Birmingham, AL 35203
3  Chris@hwnn.com
   Phone: (205) 328-5330 ext. 352
4  Fax: (205) 324-2165
   *Attorney for Plaintiff Mason Edwards*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
|---|---|
| ------------------------------------------------------ | **APPEARANCE OF COUNSEL** |
| **This Document Relates to:** | |
| **Mason Edwards** | 3:20-cv-1866-WHO |

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Mason Edwards.

Dated: February 1, 2021          Respectfully Submitted,

                                 By:_____/s/ Christopher S. Randolph, Jr._____

APPEARANCE OF COUNSEL - CASE NO. 3:20-cv-1866-WHO